UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,

    Plaintiff,

v.

LOCAL 170, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO,

    Defendant.

Civil Action

04-40112

## COMPLAINT

Plaintiff Elaine L. Chao, Secretary of Labor alleges as follows:

### NATURE OF THE ACTION

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended (Act of September 14, 1959, 73 Stat. 519, et seq., 29 U.S.C. §§ 481-84 (the "Act")) for a judgment declaring that the November 9, 2003, election conducted by defendant Local 170 of the International Brotherhood of Teamsters, AFL-CIO, for the offices of Secretary-Treasurer and Trustee, is void and directing defendant to conduct a new election for these offices under plaintiff's supervision, and for other appropriate relief.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1337, 28 U.S.C. § 1345, and 29 U.S.C. § 482(b).

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

### PARTIES

4. Plaintiff Elaine L. Chao is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under section 402(b) of Title

IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 482(b).

5. Defendant is, and at all times relevant to this action has been, an unincorporated association maintaining its principal office at 330 Southwest Cutoff, City of Worcester, County of Worcester, State of Massachusetts, within the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a local labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(b) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(b)).

7. Defendant is, and at all times relevant to this action has been, chartered by and subordinate to the International Brotherhood of Teamsters, AFL-CIO, an international labor organization engaged in an industry affecting commerce within the meaning of sections 3(i) and 3(j) of the Act (29 U.S.C. §§ 402(i) and 402(j)).

8. Defendant, purporting to act pursuant to its By-Laws and the International's Constitution, conducted an election of officers on November 9, 2003, which election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-84).

9. By letters dated November 10, 2003, and November 18, 2003, to Teamsters Joint Council 10, the complainant, Richard R. Foley, a member in good standing of defendant, protested the defendant's November 9, 2003 election of officers.

10. Teamsters Joint Council 10 denied the protest in a decision dated January 13, 2004.

11. By letter dated January 21, 2004, the complainant appealed the Joint Council 10 decision to the Teamsters General Executive Board.

12. Having invoked the remedies available under the International's constitution and bylaws for three calendar months without receiving a final decision, the complainant filed a timely complaint with the Secretary of Labor on February 23, 2004, within the thirty days required by § 402(a)(2) of the Act, 29 U.S.C. § 482 (a)(2).

13. By letter dated March 12, 2004, the defendant agreed that the time within which the plaintiff may bring suit with respect to the defendant's aforesaid election be extended to May

14, 2004.

14. By letter dated April 22, 2004, the defendant agreed that the time within which the plaintiff may bring suit with respect to the defendant's aforesaid election be extended from May 14, 2004 to June 11, 2004.

15. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), the plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that violations of Title IV of the Act (29 U.S.C. § 481, et seq.) had occurred in the conduct of the defendant's November 9, 2003 election and had not been remedied at the time of the institution of this action.

16. Section 401(c) of the Act (29 U.S.C. § 481(c)), was violated during the conduct of the aforesaid election when defendant failed to provide adequate safeguards to insure a fair election by placing confusing name and address labels on its ballot return envelopes without proper instructions for returning voted ballots using the labels.

17. Section 401(e) of the Act (29 U.S.C. § 481(e)) was violated during the conduct of the aforesaid election when eligible members were denied the right to vote.

18. Section 401(e) of the Act (29 U.S.C. § 481(e)) was violated during the conduct of the aforesaid election when the defendant failed to follow the Teamsters Constitution and Bylaws in determining voter eligibility, thereby allowing ineligible members to vote.

19. The violations of sections 401(c) and 401(e) of the Act (29 U.S.C. §§ 481(c) and 481(e)) found and alleged above may have affected the outcome of the defendant's November 9, 2003 election for the offices of Secretary-Treasurer and Trustee.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment:

(a) declaring the defendant's election for the offices of Secretary-Treasurer and one Trustee position to be null and void;

(b) directing the defendant to conduct a new election for the offices of Secretary-

Treasurer and one Trustee position, under the supervision of the plaintiff;

 (c) for the costs of this action; and

 (d) for such other relief as may be appropriate.

Respectfully submitted,

| | |
|---|---|
| HOWARD M. RADZELY<br>Solicitor of Labor | PETER D. KEISLER<br>Assistant Attorney General |
| NATHANIEL I. SPILLER<br>Acting Deputy Associate Solicitor | MICHAEL J. SULLIVAN<br>United States Attorney |
| FRANK V. McDERMOTT<br>Regional Solicitor | By: *(signature)*<br>Anita Johnson<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>John Joseph Moakley Courthouse<br>Boston, Massachusetts 02210<br>(617) 748-3100 |
| SHARON E. HANLEY<br>Counsel for Advice | |
| JAMES E. McQUADE<br>Attorney | |
| U.S. Department of Labor<br>Of Counsel | Attorneys for Plaintiff |

DATED:

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Elaine L. Chao

### DEFENDANTS
Local 170, International Brotherhood of Teamsters, AFL-CIO
c/o Michael Hogan

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _Worcester_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

2004 JUN 10 P 3:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Anita Johnson
U.S. Attorney's Office, 1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3266

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury—Product Liability | 625 Drug Related Seizure of Property 21 USC | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | [X] 730 Labor/Mgmt. Reporting & Disclosure Act | 864 SSID Title XVI | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence Habeas Corpus: | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other / 740 Railway Labor Act | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | | 550 Civil Rights / 790 Other Labor Litigation | 871 IRS - Third Party 26 USC 7609 | 890 Other Statutory Actions |
| | | 555 Prison Condition / 791 Empl. Ret. Inc. Security Act | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. §481-82

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 6/10/04
SIGNATURE OF ATTORNEY OF RECORD
Anita Johnson, AUSA

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Elaine L. Chao v. Local 170 International Brotherhood of Teamsters, AFL-CIO__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐   **X** NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐   X NO

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐   X NO

7. DO **ALL** OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   X YES   NO

   A. IF YES, IN WHICH DIVISION DO **ALL** OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION    X

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION    CENTRAL DIVISION ☐   WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  __Anita Johnson__
ADDRESS  __U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02110__
TELEPHONE NO.  __(617) 748-3266__

(CategoryForm.wpd - 11/27/00)

[Stamp: FILED IN CLERK'S OFFICE 2004 JUN 10 P 4:01 US DISTRICT COURT DISTRICT OF MASS.]