AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

ELAINE L. CHAO

V.

LOCAL 170 INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, AFL-CIO

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-40112-FMG

TO: (Name and address of defendant)

Teamsters Local 170
220 Southwest Cutoff
Worcester, MA 01608
c/o Michael Hogan, President

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

6-14-04

DATE

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                        Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

(RETURN TO COURT)

RETURN OF SERVICE

I. I hereby acknowledge that service of process <u>was executed</u> by serving Defendant, **Janet Backstrand**, by giving him/her a true copy of the order directing service of process, the complaint, and the Special Appointment Order. The following documents were also served on the above-named defendant:

_____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service is true and correct.

DATE SERVED: 6/25/2004

By: Sean M. Weddeke, Deputy U.S. Marshal  _[signature]_
(United States Marshal or Special Appointee)

As defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____     _____
Defendant's Signature                Defendant's Printed Name


II. I hereby acknowledge that service of process <u>cannot be executed</u> upon the defendant for the following reason(s):

_____

_____

DATE OF ATTEMPTED SERVICE: _____

By: _____
(United States Marshal or Special Appointee)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elaine L. Chao, Secretary of Labor | 04-40112-NMG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Local 170 International Brotherhood of Teamster, AFL-CIO | SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Hogan, Local President / Agent Authorized to Accept Service

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Local 170 Intn'l Brotherhood of Teamsters
330 Southwest Cutoff, Worcester, MA 01604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02110

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 617-748-3282
DATE: 6/22/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/22/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Janet Backstrand

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/25/04   Time: 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)