

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*
*Secretary's Tel. No. (617) 748-3282*
*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

September 9, 2004

Martin Castles, Courtroom Clerk
to Hon. F. Dennis Saylor, IV
U.S. District Court
Donohue Federal Building
595 Main Street
Worcester, MA  01608

Re:  Elaine L. Chao, Secretary of Labor, U.S. Department of Labor
     v.   Local 170, International Brotherhood of Teamsters
     U.S. District Court - Civil Action No. 04-CV-40112-FDS

Dear Mr. Castles:

    Enclosed for filing is the finalized Consent Decree signed by the parties. Please disregard the previously filed Consent Decree.

    Thank you for your time and attention to this request. Should you have any further questions or comments, please feel free to contact me at (617) 748-3282.

Very truly yours,

Anita Johnson
Assistant U.S. Attorney

AJ/jmz

CC:  Raymond J. Reed, Esq.
     Mark Letizi, DOL District Director
     James McQuade, DOL Attorney
     Maureen Canavan, DOL

Enclosure