RECEIVED
U.S. ATTORNEY

UNITED STATES DISTRICT COURT 05 MAR 15 PM 2: 39

FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 15 P 2b

* * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,      *
United States Department of Labor,        *
                           Plaintiff,     *
              v.                          *
                                          *   CIVIL ACTION NO.
LOCAL 170, INTERNATIONAL BROTHERHOOD      *   04-CV-40112-FDS
OF TEAMSTERS, AFL-CIO,                    *
              Defendant                   *
* * * * * * * * * * * * * * * * * * *

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department

of Labor (the "Secretary") hereby moves the Court for entry of Judgment

declaring the following persons certified by the Secretary as having been

elected to the designated offices of the defendant:


    John Comeau            Secretary/Treasurer

    Shannon George         Third Trustee


In support of her motion, the Secretary is filing a Certification of

Election attested to by John H. Heaney, Chief, Division of Enforcement, Office

of Labor Management Standards, United States Department of Labor, which is

attached hereto.


                         Respectfully submitted,


Secretary of Labor              MICHAEL J. SULLIVAN
U.S. Department of Labor        United States Attorney
Howard M. Radzely
Solicitor of Labor
                                _Anita Johnson_
Frank V. McDermott              ANITA JOHNSON
Regional Solicitor              Assistant U.S. Attorney
                                Moakely U.S.Courthouse, Ste. 9200
Maureen L. Canavan              Boston, MA  02110
Attorney                        617 748 3226

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on

__March 25, 2005__

Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | ) | Civil Action |
| UNITED STATES DEPARTMENT OF LABOR, | ) | No. 04-CV-40112-FDS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOCAL 170, INTERNATIONAL | ) | |
| BROTHERHOOD OF TEAMSTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Consent Judgment filed on

September 10, 2004, and Order entered on September 13, 2004, in the United States District

Court for the District of Massachusetts, in accordance with the provisions of Title IV of the

Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in

conformity with the appropriate provisions of the Constitution and Bylaws of defendant labor

organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482 (c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

|  |  |
|---|---|
| John Comeau | Secretary-Treasurer |
| Shannon George | Third Trustee |

Signed this _11th_ day of _February_ 2005.

John H. Heaney
Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
U.S. Department of Labor